# EXHIBIT A

**Generated on:** This page was generated by TSDR on 2024-08-23 14:53:16 EDT

**Mark:** OH, CHERRY

# OH, CHERRY

| | | | |
|---|---|---|---|
| **US Serial Number:** | 98710021 | **Application Filing Date:** | Aug. 21, 2024 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application awaiting assignment to an examining attorney. See current trademark processing wait times for more information.

**Status Date:** Aug. 21, 2024

## Mark Information

**Mark Literal Elements:** OH, CHERRY

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** (Based on Use) Scented body spray (Based on Intent to Use) Body creams; Body lotions; Body wash; Hair care preparations; Hand creams; Hand lotions

| | | | |
|---|---|---|---|
| **International Class(es):** | 003 - Primary Class | **U.S Class(es):** | 001, 004, 006, 050, 051, 052 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) 1(b) | | |
| **First Use:** | Mar. 24, 2024 | **Use in Commerce:** | Mar. 24, 2024 |

**For:** Candles

| | | | |
|---|---|---|---|
| **International Class(es):** | 004 - Primary Class | **U.S Class(es):** | 001, 006, 015 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) 1(b) | | |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No |

| | | | |
|---|---|---|---|
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

**Owner Name:** Bath & Body Works Brand Management, Inc.
**Owner Address:** Three Limited Parkway
Columbus, OHIO UNITED STATES 43230
**Legal Entity Type:** CORPORATION  **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record - None**
**Correspondent**

**Correspondent Name/Address:** Bath & Body Works Brand Management, Inc.
Three Limited Parkway
Columbus, OHIO United States 43230
**Phone:** 614-415-7000
**Correspondent e-mail:** iplb@bbw.com docketing@bbw.com   **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 21, 2024 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**
**File Location**

**Current Location:** Not Found   **Date in Location:** Not Found