THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BATH & BODY WORKS, INC., et al.

v.

VICTORIA'S SECRET & CO., et al.

Case No. 2:24-cv-03882
Judge: James L. Graham
Corporate Disclosure Statement

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation."  A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Bath & Body Works Brand Management, Inc.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

    ✓ YES    ___ NO

    If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:
    Bath & Body Works Brand Management, Inc. is an indirect wholly owned subsidiary of Bath & Body Works, Inc., a publicly traded company.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

    ___ YES    ✓ NO

    If the answer is YES, list the identity of such corporation and the nature of the financial interest.
    _____
    _____
    _____

/s/ Beverly A. Marsh                              8/23/2024
Signature of Counsel                              Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**